FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2023

No. 04-22-00563-CV

Roberto **VILLARREAL**, Ramona Villarreal, Viola Villarreal Garcia and Gloria Villarreal Salinas,
Appellants

v.

Javier **RAMIREZ**, et al,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 5,937
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On January 3, 2023, appellants filed an unopposed motion for leave to amend brief. The motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court